# Little Traverse Bay Bands of Odawa Indians Reservation and Trust Lands



EXHIBIT A