LOC-HRSP.  R.6:2769.  12 March 1834.  R. Stuart to Henry Schoolcraft. [proofed 3-8-01 nws]

Washington March 12th 1834

Dear Sir

Your esteemed & welcome letter of last fall, I duly rec[d], but delayed answering, in hope of having something interesting to communicate, but this failing, I will no longer delay informing you of our welfare &c.  Some two months since, I came to this place, to attend to the interests of the C[o] involved in the Chicago Treaty, to which great opposition has been raised, about Detroit, by the enemies of Gov: Porter, Major Forsyth &c. – the suspicion of corruption has become so strong, that I doubt whether its ratification will not be with a proviso to have certain claims re examined &c: &c: – altho' such a course would be the merest folly in the world, & that for very obvious reasons to you & myself.  You will have a bridle path cut from Saginaw to Mackinac.  Perhaps a survey of the old claim on the main land; but it is no easy matter to get any thing thro' this session owing to the all absorbing question of the deposits.  this act of the "General," will in my opinion obscure his career of glory & alienate the inheritance from the heir apparent; this is the opinion of wiser heads than mine.  the distress of the country is becoming intense, but the President is inflexibly bent on getting us back to a metalic currency; he might as well attempt to throw us back upon the Iron age.  I have cause to believe that the Gov: is heartily sick of his honors; I would not be surprised if his place were vacated ere long; but more of this when we meet.  M[rs] Cass is greatly to be pitied & prayed for, her position is a most uncomfortable one, & she sighs for the woods.  I had some little talk with the Gov: about a few of the Ottawas coming down in the spring; he thinks it folly, as their lands are not required at present, & says no appropriation can be made for their expenses.  It is unnecessary to trouble you with details of these, or other public matters of the day, as you have them no doubt from various sources, more authentic than I am.  Mr. Astor is expected home this month; and I have no doubt the affairs of the Am: Fur C[o] will change hands, this you know has been in contemplation for some time.  should any new arrg[t] take place, I will retire entirely, and sincerely hope the Lord may provide a better instrument for the advancement of his cause & kingdom, in that, to me, ever dear & interesting region.  M[rs] Stuart has been here with me for the last fortnight, we will probably return to New York in about a week.  We have had no news from Mackinac for a long time, but hope you are all well & under the quickening influence of the Holy Spirit.  may we all labor with zeal & perseverance, for our day of labor will soon be past.

Please to give our aff[t] regards to M[r] Schoolcraft, & all our kind friends at Mack[n] &c: May the Lord revive his work of grace among you & keep you all clean & unspotted from the world.

I am Dear Sir

Yours in the best of hours

Robert Stuart

The little commissions you gave me for New York, were all disposed of according to your instructions

Ex. 12

LT020369

Washington March 12th 1834

Dear Sir

You esteemed & welcome letter of last fall, I duly rec'd, but delayd answering in the hope of having something interesting to communicate, but this failing, I will no longer delay informing you of our welfare &c —

Some two months since, I came to this place, to attend to the interest of the Co., involved in the Chicago Treaty, to which great opposition has been raised, about Detroit, by the enemies of Gov. Porter, Major Forsyth &c — the suspicion of corruption has become so strong, that I doubt whether its ratification will not be with a proviso to have certain claims re-examined &c &c — altho' such a course would be the merest folly in the world, & that for very obvious reasons to you & myself — You will have a bridle path cut from Sagina to Mackinac — Perhaps, a survey of the old claims on the main land; but it is no easy matter to get any thing thro' this session

LT020371

owing to the all absorbing question of the deposits – this act of the "General", will in my opinion obscure his career of glory & alienate the inheritance from the heir apparent; this is the opinion of wiser heads than mine – the distress of the country is becoming intense, but the President is inflexibly bent on getting us back to a metalic currency; he might as well attempt to throw us back upon the Iron Age – I have cause to believe that the Gov: is heartily sick of his honors; I would not be surprised if his place were vacated ere long; but more of this when we meet – Mrs Cass is greatly to be pitied & prayed for, her position is a most uncomfortable one, & she sighs for the woods. – I had some little talk with the Gov: about a few of the Ottaways coming down in the spring; he thinks it folly, as their lands are not required at present, & says no appropriation can be made for their expenses – It is unnecessary to trouble you with details of these, or other public matters of the day, as you have them no doubt from various sources, more authentic than

(Mr

Mr. Astor is expected home in all this month; and I have no doubt the affairs of the Am: Fur Co: will change hands, this, you know has been in contemplation for some time — should any new arrangt take place, I will retire entirely, and sincerely hope the Lord may provide a better instrument for the advancement of his Cause & Kingdom, in that, to me, ever dear & interesting region —: Mrs Stuart has been here with me for the last fortnight, we will probably return to New York in about a week. — We have had no news from Mackinac for a long time, but hope you are all well & under the quickening influence of the Holy Spirit — may we all labor with zeal & perseverance, for our day of labor will soon be past.

Please to give our affte regards to Mr Schoolcraft, & all our kind friends at Mack—c — May the Lord revive his work of grace among you & keep you all clean & unspotted from the world. —

I am Dear Sir Yours in the best of bonds

Robert Stuart

The little Commission you gave me for New York, were all disposed of according to your instructions