Ex. 13

War Department
Office of Indian Affairs
August 29. 1835

Sir
 Your letter of the 20th June was received during the absence of the Secretary of War, and has been submitted to him since his return.

 He has instructed me to say, that it has not hitherto been contemplated by the government, to extend their purchases into Lake Huron. If however the Indians residing on Ottawa Island are disposed to sell Drummond Island to the United States on reasonable terms, the proposition will be duly considered. You are requested to ascertain and communicate to this office, the consideration they would require for the cession. If the purchase should then be deemed expedient, an estimate will be submitted to Congress.

 You are also requested to ascertain, if the Indians residing North of Grand river are willing to part with any portion of their lands; and if they are, to what extent and upon what terms.
Very respectfully
Your Obt Servt
Elbert Herring
Henry R. Schoolcraft Esqr
Mackinac
Michigan

LT020419

217.

War Department
Office Indian Affairs
August 29. 1835.

Sir,

Your letter of the 20th June was received during the absence of the Secretary of War, and has been submitted to him since his return.

He has instructed me to say, that it has not hitherto been contemplated by the government, to extend their purchases into Lake Huron. If however the Indians residing on Ottawa Island are disposed to sell Drummond Island to the United States on reasonable terms, the proposition will be duly considered. You are requested to ascertain and communicate to this office, the consideration they would require for the cession. If the purchase should then be deemed expedient, an estimate will be submitted to Congress.

You are also requested to ascertain, if the Indians residing North of Grand river are willing, to part with any portion of their lands; and if they are, to what extent, and upon what terms.

Very respectfully
Your obt Servt
Robert Harris

Henry R. Schoolcraft Esqr
Mackinac
Michigan

**Ex. 13**

LT020420