UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LITTLE TRAVERSE BAY ) <br> BAND OF ODAWA INDIANS, ) <br> Plaintiff, ) <br> ) <br> -v- ) <br> ) <br> GRETCHEN WHITMER, ET AL., ) <br> Defendants. ) <br> ) | No. 1:15-cv-850 <br><br> HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the Opinion and Order entered on this date, and pursuant to Federal Rule of Civil Procedure 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

Date: August 15, 2019         /s/ Paul L. Maloney
                              Paul L. Maloney
                              United States District Judge