**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION**

---

LITTLE TRAVERSE BAY BANDS OF ODAWA INDIANS, a federally recognized Indian tribe,

Plaintiff,

v.

RICK SNYDER, Governor of the State of Michigan.

Defendant.

Court File No.15-cv-850
Hon. Paul L. Maloney

---

**Notice of Withdrawal of Counsel for Jessica Intermill**

---

Please take notice that Attorney Jessica Intermill respectfully withdraws her appearance as counsel for Plaintiff Little Traverse Bay Bands of Odawa Indians. William Szotkowski, Andrew Adams III, and Peter Rademacher of Hogen Adams PLLC remain as counsel of record for the Plaintiff.

Dated: April 30, 2020

***Counsel for Little Traverse Bay Bands of Odawa Indians***

s/Jessica Intermill
Jessica Intermill (MN # 0346287)
William A. Szotkowski (MN # 161937)
Andrew Adams III (MN #0392062)
Peter Rademacher (MN # 0396334)
Hogen Adams PLLC
1935 W. County Rd B2, Suite 460
St. Paul, MN 55113
(651) 842-9100
E-Mail: jintermill@hogenadams.com
bszotkowksi@hogenadams.com
aadams@hogenadams.com
prademacher@hogenadams.com

James A. Bransky (MI # P38713)
9393 Lake Leelanau Dr.
Traverse City, MI 49684-7713
(231) 946-5241
E-Mail: jbransky@chartermi.net

Donna Budnick (MI # P44291)
7500 Odawa Circle
Harbor Springs, MI 49740-9692
(213) 242-1424E-Mail:
E-Mail: dbudnick@ltbbodawa-nsn.gov