## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 01, 2021

Mr. Thomas Dorwin
U.S. District Court
for the Western District of Michigan at Marquette
202 W. Washington Street
P.O. Box 698
Marquette, MI 49855-0000

          Re:  Case No. 19-2070/19-2107, *Little Traverse Bay Bands v. Gretchen Whitmer, et al*
                Originating Case No. : 1:15-cv-00850

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                              Sincerely,

                              s/Maria T. Welker
                              Case Manager
                              Direct Dial No. 513-564-7025

cc: Ms. Frances C. Bassett
    Mr. R. Lance Boldrey
    Mr. James Alan Bransky
    Ms. Kelly M. Drake
    Mr. Jeffrey Charles Gerish
    Mr. David A. Giampetroni
    Mr. Scott W. Howard
    Mr. Riyaz A. Kanji
    Mr. Ryan K. Kauffman
    Ms. Laura Rose LaMore
    Ms. Jaclyn Shoshana Levine
    Mr. Thaddeus E. Morgan
    Mr. John F. Petoskey
    Mr. William Rastetter
    Ms. Erin Sedmak
    Ms. Mary Gabrielle Sprague
    Ms. Jill Margaret Wheaton

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 19-2070/19-2107

_____

Filed: July 01, 2021

LITTLE TRAVERSE BAY BANDS OF ODAWA INDIANS

    Plaintiff - Appellant Cross-Appellee

v.

GRETCHEN WHITMER, Governor of the State of Michigan

    Defendant - Appellee

CITY OF PETOSKEY, MI; CITY OF HARBOR SPRINGS, MI; EMMET COUNTY, MI; CHARLEVOIX COUNTY, MI

    Intervenors - Appellees Cross-Appellants

TOWNSHIP OF BEAR CREEK; TOWNSHIP OF BLISS; TOWNSHIP OF CENTER; TOWNSHIP OF CROSS VILLAGE; TOWNSHIP OF FRIENDSHIP; TOWNSHIP OF LITTLE TRAVERSE; TOWNSHIP OF PLEASANTVIEW; TOWNSHIP OF READMOND; TOWNSHIP OF RESORT; TOWNSHIP OF WEST TRAVERSE; EMMET COUNTY LAKE SHORE ASSOCIATION; THE PROTECTION OF RIGHTS ALLIANCE; CITY OF CHARLEVOIX, MI; TOWNSHIP OF CHARLEVOIX

    Intervenors - Appellees

## MANDATE

   Pursuant to the court's disposition that was filed 05/18/2021 the mandate for this case hereby issues today.

  COSTS: None