# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 23, 2021

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Nov 30, 2021
DEBORAH S. HUNT, Clerk

Re:  Little Traverse Bay Bands of Odawa Indians
     v. Gretchen Whitmer, Governor of Michigan, et al.
     No. 21-769
     (Your No. 19-2070, 19-2107)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 19, 2021 and placed on the docket November 23, 2021 as No. 21-769.

Sincerely,

**Scott S. Harris**, Clerk

by

Lisa Nesbitt
Case Analyst